# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROGER ALLEN RICKMAN,<br><br>                Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration;<br><br>                Defendant. | 4:16CV3187<br><br>ORDER |

This matter is before the Court on the Findings and Recommendation of Magistrate Judge Cheryl Zwart, ECF No. 14, recommending that this case be dismissed for failure to state a claim upon which relief can be granted and for failure to exhaust administrative appeal rights. No objection was filed. Under 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of the record and adopts the Findings and Recommendation in their entirety.

IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendation, ECF No. 14, are adopted in their entirety; and
2. The above-captioned case is dismissed, with prejudice.

Dated this 4th day of January, 2018.

                                            BY THE COURT:

                                            s/Laurie Smith Camp<br>
                                            Chief United States District Judge